UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| CASANDRA WATKINS,<br><br>Plaintiff,<br><br>vs.<br><br>LOUIS DEJOY, Postmaster General<br>United States Postal Service,<br><br>Defendant. | ) | Case No. 1:24-CV-163-ACL |

**JUDGMENT**

Pursuant to the Memorandum and Order entered on this date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment be and it is entered in favor of Defendant Louis DeJoy, Postmaster General of the United States Postal Service, and against Plaintiff Casandra Watkins on Plaintiff's Complaint.

Dated this 15th day of September 2026.

/s/ *Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE